```
BARBARA MARIE RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 383103
Waikoloa, HI  96738
Telephone:  808-785-6088
Fax:  808-440-0699
E-Mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Karen Melinda Bielski
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

_____
```
KAREN MELINDA BIELSKI,          )      Case No.:  2:24-CV-01877-WBS-AC
                                )
          Plaintiff,            )      STIPULATION AND [PROPOSED] ORDER
                                )      FOR AN EXTESION OF TIME FOR
     v.                         )      PLAINTIFF TO FILE HER MOTION FOR
                                )      SUMMARY JUDGMENT AND REPLY
MARTIN O'MALLEY,                )
Commissioner of Social Security,)
                                )
          Defendant.            )
_____)
```

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, that Plaintiff shall have an extension of time of an additional 14 days to file her Motion for Summary Judgment.  This is the first continuance sought by Plaintiff.

On July 10, 2024, the Court issued a Scheduling Order for Social Security cases.  [Docket No. 5].  The Scheduling Order states that Plaintiff shall file a Motion for Summary Judgment within 30 days of service of the Administrative Record.  The Defendant Social Security Administration filed the Administrative Record on September 6, 2024 [Docket No. 10].  Thus, Plaintiff's Motion for Summary Judgment is currently due on October 7, 2024.

Plaintiff seeks an extension of time of 14 days to file her Motion for Summary Judgment.  There is good cause for this request.  Plaintiff's

counsel was on vacation and out of the country from August 6, 2024 through September 15, 2024.  Plaintiff's counsel did not return to her office until 10 days after the SSA filed the Administrative Record.  Therefore, Plaintiff's counsel requests a 14 day extension of time to file her Motion for Summary Judgment.

    Should the Court approve Plaintiff's request for a 14-day extension, the new due date for Plaintiff's Motion for Summary Judgment will be October 21, 2024.  The Defendant's Opposition will be due on November 20, 2024.  Plaintiff's Reply brief will be due on December 4, 2024.  This request for an extension of time is made in good faith with no intention to unduly delay the proceedings.

                                      Respectfully submitted,

Date:  September 19, 2024      "/s/Franco L. Becia"
                                        (As authorized by e-mail on 9/18/2024
                                        FRANCO L. BECIA
                                        Attorney for Defendant

Date:  September 19, 2024      "/s/Barbara Marie Rizzo"
                                          BARBARA MARIE RIZZO
                                        Attorney for Plaintiff

**ORDER**

APPROVED AND SO ORDERED:

DATED: September 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE