UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MELINDA BIELSKI, | No. 2:24-cv-1877 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On July 22, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 19.  Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed July 22, 2025, are adopted in full;

    2.  Plaintiff's motion for summary judgment (ECF No. 13) is GRANTED;

1

3. The Commissioner's cross-motion for summary judgment (ECF No. 17) is DENIED;

4. This matter is REMANDED to the Commissioner for further consideration consistent with this order; and

5. The Clerk of the Court enter judgment for the plaintiff and close this case.

Dated: August 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Biel1877.801