BARBARA MARIE RIZZO (CSBN 172999)
Attorney at Law
P. O. Box 383103
Waikoloa, HI  96738
Telephone:  808-785-6088
Fax:  808-440-0699
E-Mail:  mail@fedlaborlaw.com

Attorney for Plaintiff Karen Melinda Bielski

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MELINDA BIELSKI, | Case No.: 2:24-cv-01877-WBS-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER APPROVING SETTLEMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d) |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded SIXTEEN THOUSAND FIVE HUNDRED DOLLARS ($16,500.00) in attorney fees and ZERO COSTS AND EXPENSES under the Equal Access to Justice Act ("EAJA") 28 U.S.C. §2412(d).  This amount represents compensation for legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §2412(d).  Plaintiff's net worth at the time of this action was less than $2 million.

After the Court issues an order awarding EAJA fees to Plaintiff, the Government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order awarding EAJA fees is entered, the Government

will determine whether the fees are subject to any offset.  If the Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government shall cause the payment of fees to be made directly to Plaintiff's counsel, Barbara Marie Rizzo, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek attorney fees pursuant to the Social Security Act, 42 U.S.C. §406(b), subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:  November 13, 2025         "/s/Barbara Marie Rizzo"
                                  BARBARA MARIE RIZZO
                                  Attorney for Plaintiff

Dated:  November 13, 2025         "/s/Edmund Darcher"
                                  EDMUND DARCHER
                                  (As authorized via e-mail)
                                  Special Assistant United States Attorney
                                  Attorney for Defendant
                                  Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN MELINDA BIELSKI,<br><br>        Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:24-cv-01877-WBS-AC<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d) |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney fees in the amount of SIXTEEN THOUSAND FIVE HUNDRED DOLLARS ($16,500.00) AND ZERO COSTS AND EXPENSES, as authorized by 28 U.S.C. §2412(d), subject to the terms of the above referenced Stipulation.

IT IS SO ORDERED.

Dated: November 24, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE